1
2
3
4
5
6
7
8
9                        UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   SHAWNA PEREZ,                          Case No.  1:21-cv-01202-BAM

13                Plaintiff,                **ORDER ON APPLICATION TO**
                                            **PROCEED *IN FORMA PAUPERIS* AND**
14          v.                              **DIRECTING CLERK TO ISSUE**
                                            **SUMMONS AND SCHEDULING ORDER**
15   COMMISSIONER OF SOCIAL
     SECURITY,                              (Doc. 2)
16
                     Defendant.
17

18

19          Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28

20   U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in*

21   *forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED

22   as follows:

23          1.   Plaintiff's application to procced *in forma pauperis* is GRANTED;

24          2.   The Clerk of the Court is directed to issue new case documents, including the

25               Scheduling Order; and

26          3.   The Clerk of the Court also is directed to issue summons and service shall proceed

27               under the Court's E-Service program, with the Clerk delivering to the Commissioner

28               of Social Security Administration and the United States Attorney's Office at their

                                                1

designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **August 10, 2021**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE