UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br><br>    Defendant. | No.  1:21-cv-01202-TLN-BAM<br><br>**ORDER** |

      Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying her application for Supplemental Security Income under Title XVI of the Social Security Act.

      On August 1, 2024, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  The time to file objection has passed, and neither party filed objections.

      The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on August 1, 2024 (ECF No. 25), are ADOPTED IN FULL;
2. The Court DENIES Plaintiff's Motion for Summary Judgement (ECF NO. 15);
3. The Clerk of this Court is directed to enter judgment in Defendant's favor; and
4. This matter is REMANDED for further administrative proceedings consistent with this Order.

Date: August 23, 2024

_____
Troy L. Nunley
United States District Judge

2