UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA PEREZ,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant, | No. 1:21-cv-01202-TLN-BAM<br><br>**ORDER** |

On August 1, 2024, the magistrate judge filed findings and recommendations recommending Plaintiff's appeal from the administrative decision of the Social Security Commissioner be denied. (ECF No. 25 at 13.) Upon review, this Court adopted the magistrate judge's findings and recommendation in full. (ECF No. 26.) In so doing, the Court stated the following:

    1. The findings and recommendations, filed on August 1, 2024 (ECF No. 25), are ADOPTED IN FULL;

    2. The Court DENIES Plaintiff's Motion for Summary Judgement (ECF NO. 15);

    3. The Clerk of this Court is directed to enter judgment in Defendant's favor; and

1

>    4. This matter is REMANDED for further administrative proceedings consistent with this Order.

(ECF No. 26 at 2.) Judgement was entered that same day. (ECF No. 27.)

Defendant now requests the Court amend its order to clarify that the Commissioner's final decision was affirmed rather than remanded for further proceedings. (ECF No. 28 at 2.) Federal Rule of Civil Procedure ("Rule") 60(a) allows a district court "to correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a).

Here, this Court adopted the magistrate judge's findings and recommendations to enter judgment in Defendant's favor, because it determined that the administrative law judge's decision was supported by substantial evidence in the record as a whole and was based on proper legal standards. (ECF No. 26.) No further administrative proceedings were required. Accordingly, the Court GRANTS Defendant's motion to amend. (ECF No. 28.)

IT IS HEREBY ORDERED that the Court's August 23, 2024, order (ECF No. 26), is modified as follows:

1. The findings and recommendations, filed on August 1, 2024 (ECF No. 25), are ADOPTED IN FULL;

2. The Court DENIES Plaintiff's Motion for Summary Judgment (ECF No. 15);

3. The Commissioner's final decision is AFFIRMED; and

4. The Clerk of this Court is directed to enter judgment in Defendant's favor.

Date: March 25, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE